IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOVELL S. BROWN,

     Petitioner,                 No. CIV S-07-1474 MCE EFB P

    vs.

B. CURRY, et al.,

     Respondents.         <u>ORDER</u>
                            /

     Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondents have requested an extension of time to reply to petitioner's opposition to the motion to dismiss. *See* Fed. R. Civ. P. 6(b).

     Good cause appearing, it is ORDERED that respondents' January 1, 2007, request is granted and respondents have 30 days from the date this order is served to file and serve a reply to petitioner's opposition to the motion to dismiss.

Dated: January 10, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE