IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOVELL S. BROWN, | No. 2:07-cv-01474-MCE-EFB P |
| Petitioner, | |
| vs. | ORDER |
| B. CURRY, Warden, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On July 18, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. Neither party has filed objections to the findings and recommendations.[1]

///

---

[1] Also on July 18, 2008, petitioner filed a second opposition to the respondents' motion to dismiss. Petitioner was entitled to file one opposition. Local Rule 78-230(m). The magistrate judge considered petitioner's initial, properly filed opposition to the motion to dismiss. The court thus does not consider the second, unauthorized opposition.

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 18, 2008, are adopted in full;

2. Respondents' November 19, 2007, motion to dismiss is granted; and,

3. The Clerk is directed to close the case.

Dated:  September 18, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE