IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOVELL S. BROWN,                              No. 2:07-cv–01474-MCE-EFB P

    Petitioner,

  vs.                                              ORDER

B. CURRY, Warden, et al.,

    Respondents.
_____/

    Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On July 18, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. On September 19, 2008, those findings and recommendations were adopted by the undersigned. Petitioner subsequently filed a motion for reconsideration and on November 6, 2008, the court vacated the judgment and afforded petitioner an opportunity to file objections to the July 18, 2008, findings and recommendations. On January 28, 2009, petitioner filed those objections.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a _de novo_ review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 18, 2008, are adopted in full;
2. Respondents' November 19, 2007, motion to dismiss is granted; and,
3. The Clerk is directed to close the case.

Dated: April 29, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE