IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOVELL S. BROWN, | No. 2:07-cv-01474-MCE-EFB P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| B. CURRY, Warden, | |
| Respondents. / | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. He has requested that this court appoint counsel to represent him on appeal. There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appointment counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing Section 2254 Cases. This court has adopted in full the magistrate judge's findings and recommendations to dismiss this action as timely. However, this court also has found that a certificate of appealability should issue with respect to two issues.

///

///

1  Nonetheless, at this point the court does not find that the interests of justice would be served by
2  the appointment of counsel at this stage of the proceedings.  Petitioner may, however, renew his
3  motion for counsel before the appellate court.
4      Accordingly, it hereby is ORDERED that petitioner's March 24, 2009, request for
5  appointment of counsel is denied without prejudice to renewal before the appellate court.

Dated:  June 3, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE